| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | CR 10-122-1 |
| | | DOCKET NUMBER (Rec. Court) |
| | | 12 CR 50040 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| LEE PRUNTY | NORTHERN DISTRICT OF IOWA | Cedar Rapids |
| **FILED** | NAME OF SENTENCING JUDGE | |
| JUL 1 6 2012 | The Honorable Linda R. Reade, Chief U.S. District Judge | |
| THOMAS G. BRUTON | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 06/06/2012 | TO 06/05/2014 |
| CLERK, U.S. DISTRICT COURT | | |

**OFFENSE**

18 U.S.C. §§ 2 and 157(3) - Aiding and Abetting Bankruptcy Fraud

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6-28-12
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/3/2012
Effective Date

United States District Judge

Frederick J. Kapala, Rockford

I, the undersigned Clerk of the United States District Court for the Northern District of Iowa, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and seal of said Court this _____ day of _____, 20__.
Robert L. Phelps, Clerk
By _____ Deputy

CLOSED

# U.S. District Court
## Northern District of Iowa (Cedar Rapids)
## CRIMINAL DOCKET FOR CASE #: 1:10-cr-00122-LRR-1
### Internal Use Only

Case title: USA v. Prunty

Date Filed: 11/24/2010
Date Terminated: 04/05/2011

**Interested Party**

**US Probation**

represented by **uspNotify**
Email: pocrecm@ianp.uscourts.gov
*ATTORNEY TO BE NOTICED*

Assigned to: Chief Judge Linda R Reade
Referred to: Magistrate Judge Jon S Scoles

**Defendant (1)**

**Lee Prunty**
*TERMINATED: 04/05/2011*

represented by **Daniel M Purdom**
Hinshaw & Culbertson, LLP
4343 Commerce Court
Suite 415
ECF
Lisle, IL 60532
630 505 0010
Fax: 505 0959
Email: dpurdom@hinshawlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
Designation: Retained

I, the undersigned Clerk of the United States District Court for the Northern District of Iowa, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and seal of said Court this 11th day of July, 2012.
Robert L. Phelps, Clerk
By _____ Deputy

**Pending Counts**

18:157(3) and 2 BANKRUPTCY FRAUD
(1)

**Disposition**

12 months imprisonment on Count 1 of the Amended Information. 2 years supervised release on Count 1 of the Amended Information. $100.00 assessment (paid).

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA**     represented by **Charles J Williams**
US Attorney's Office
Northern District of Iowa
401 First Street SE
Hach Building, Suite 400
**ECF
Cedar Rapids, IA 52401-1825
319 363 6333
Fax: 363 1990
Email: cj.williams@usdoj.gov
*TERMINATED: 12/06/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean R Berry**
US Attorney's Office
Northern District of Iowa
401 First Street SE
Hach Building, Suite 400
ECF
Cedar Rapids, IA 52401-1825
319 363 6333
Fax: 363 1990
Email: sean.berry@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/24/2010 | | Judge update in case as to Lee Prunty. Chief Judge Linda R Reade and Magistrate Judge Jon S Scoles added. Conflicts checked for parties, AUSA and attorney Purdom, none found. (skm) (Entered: 11/24/2010) |
| 11/24/2010 | 🔒 1 | (Court only) CRIMINAL Cover Sheet by USA as to Defendant Lee Prunty (USA, USM, USP). (skm) (Entered: 11/24/2010) |
| 11/24/2010 | 2 | INFORMATION as to Lee Prunty, count 1. (USA, USP, USM) (copy w/NEF and ECF Registration form to atty Purdom) (skm) (Entered: 11/24/2010) |
| 11/24/2010 | 3 | NOTICE of Hearings as to Defendant Lee Prunty: Initial Appearance, Arraignment and Plea Hearing set for 12/1/2010 at 11:00 AM in 4200 C Street SW, Building B, Courtroom 2 before Magistrate Judge Jon S Scoles. (copy w/NEF to atty Purdom) (skm) (Main Document 3 replaced on 11/24/2010 with signed version) (skm). (Entered: 11/24/2010) |
| 11/29/2010 | | Set Deadline as to Defendant Lee Prunty - Check Status 12/02/2010 to ensure Waiver of Indictment has been filed (kfs) (Entered: 11/29/2010) |
| 11/30/2010 | 4 | MOTION for Leave to Appear Pro Hac Vice as to Attorney Daniel M. Purdom by Defendant Lee Prunty. (Attachments: # 1 Supplement Certificate of Good Standing) (Purdom, Daniel) Modified text on 12/01/2010 (kfs) (Entered: 11/30/2010) |
| 11/30/2010 | 5 | NOTICE of Consent to Entry of a Plea of Guilty by Defendant Lee Prunty (Williams, Charles) (Entered: 11/30/2010) |
| 11/30/2010 | 6 | WAIVER OF INDICTMENT by Defendant Lee Prunty (Williams, Charles) (Entered: 11/30/2010) |
| 11/30/2010 | 🔒 7 | RULE 11 Letter by USA as to Defendant Lee Prunty (Attachments: # 1 Sealed Exhibit 1- signed plea agreement) (Williams, Charles) Modified on 12/1/2010 to seal exhibit (pac). (Entered: 11/30/2010) |
| 11/30/2010 | 8 | AMENDED Information by USA as to Defendant Lee Prunty, amending 2 Information (USA, USM, USP, atty Purdom) (skm) (Entered: 11/30/2010) |
| 11/30/2010 | 9 | ORDER granting 4 Motion for Admission Pro Hac Vice as to Lee Prunty (1). Attorney Daniel M. Purdom authorized to appear on behalf of Defendant. Signed by Magistrate Judge Jon S Scoles on 11/30/2010. (Stigler, Karo) (Entered: 11/30/2010) |
| 12/01/2010 | 🔒 | (Court only) ***STAFF Note: Conflict check performed pursuant to the addition of attorney Daniel M Purdom (per 4 Motion for Leave to Appear Pro Hac Vice) - No conflicts identified (kfs) (Entered: |

| | | | |
|---|---|---|---|
| | | | 12/01/2010) |
| 12/01/2010 | | 10 | MINUTE Entry for proceedings held before Magistrate Judge Jon S Scoles: Initial Appearance, Arraignment and Plea Hearing as to Defendant Lee Prunty held on 12/1/2010. Attorney Daniel M Purdom for defendant, and defendant pled guilty to Count 1 of the Amended Information. Defendant released. (Government's Exhibit 1 filed previously at 7 ) (Court Reporter Patrice Murray) (pac) (Entered: 12/01/2010) |
| 12/01/2010 | | 11 | ORDER Setting Conditions of Release as to Defendant Lee Prunty. Signed by Magistrate Judge Jon S Scoles on 12/1/2010. (pac) (Entered: 12/01/2010) |
| 12/01/2010 | | 12 | REPORT AND RECOMMENDATION to Accept Guilty Plea as to Count 1 of the Amended Information as to Lee Prunty. Objections to R&R due by 12/15/2010. Signed by Magistrate Judge Jon S Scoles on 12/1/2010. (Stigler, Karo) (Entered: 12/01/2010) |
| 12/01/2010 | | 13 | CONSENT to Inspection of Presentence Investigation Report by Defendant Lee Prunty. (pac) (Entered: 12/01/2010) |
| 12/01/2010 | | 14 | WAIVER of Objections to 12 Report and Recommendations by Defendant Lee Prunty. (pac) (Entered: 12/01/2010) |
| 12/01/2010 | | 15 | ORDER Accepting Report and Recommendation re Plea as to the Amended Information regarding Defendant Lee Prunty for 12 Report and Recommendation to Accept Guilty Plea to Count 1. Signed by Chief Judge Linda R Reade on 12/01/2010. (skm) (Entered: 12/01/2010) |
| 12/02/2010 | 🔒 | 16 | SEALED Offense Conduct Statement as to Defendant Lee Prunty (Williams, Charles) (Entered: 12/02/2010) |
| 12/06/2010 | | 17 | NOTICE of Attorney Appearance Sean R Berry appearing for USA. (Berry, Sean) (Entered: 12/06/2010) |
| 12/07/2010 | 🔒 | | (Court only) ***STAFF Note: Conflict check performed pursuant to the addition of attorney Sean R Berry (See 17 Notice of Attorney Appearance) - No conflicts identified as to judges, parties or attorneys (kfs) (Entered: 12/07/2010) |
| 12/07/2010 | 🔒 | 18 | (Court only) SEALED Notice Regarding United States Passport for Criminal Defendant by US Probation as to Defendant Lee Prunty (USP). (skm) (Entered: 12/07/2010) |
| 12/16/2010 | | 19 | UNRESISTED Motion for Additional Time to File Defendant's Version of the Facts by Lee Prunty. (Purdom, Daniel) Modified on 12/17/2010 to remove repetitive text. (src) (Entered: 12/16/2010) |
| 12/17/2010 | | 20 | ORDER granting 19 Unresisted Motion for Additional Time to File Defendant's Version of the Facts as to Lee Prunty (1). Deadline |

| | | | |
|---|---|---|---|
| | | | extended to 1/14/2011. Signed by Magistrate Judge Jon S Scoles on 12/17/2010. (Stigler, Karo) (Entered: 12/17/2010) |
| 01/21/2011 | 🔒 | 21 | SEALED **Draft** Presentence Investigation Report by USA, US Probation, Lee Prunty as to Defendant Lee Prunty (Attachments: # 1 Instructions for Objecting) (Cannon, Mary) (Entered: 01/21/2011) |
| 02/04/2011 | 🔒 | 22 | SEALED Objection to Presentence Investigation Report By Plaintiff as to Lee Prunty 21 (Berry, Sean) (Entered: 02/04/2011) |
| 02/10/2011 | 🔒 | 23 | *SEALED* OBJECTIONS to 21 Presentence Investigation Report filed by Defendant Lee Prunty (Purdom, Daniel) Modified to add link on 02/11/2011 (kfs) Modified to seal entry on 02/11/2011 (kfs) (Entered: 02/10/2011) |
| 02/18/2011 | 🔒 | 24 | SEALED Presentence Investigation Report by USA, US Probation, Lee Prunty as to Defendant Lee Prunty (Attachments: # 1 Sentencing Worksheet) (Cannon, Mary) (Entered: 02/18/2011) |
| 02/22/2011 | | 25 | ORDER Setting Hearing as to Defendant Lee Prunty. Sentencing set for 4/4/2011 at 09:00 AM, 4200 C Street SW, Building B, Courtroom 1 before Chief Judge Linda R Reade. Signed by Chief Judge Linda R Reade on 2/22/2011. (dll) (Entered: 02/22/2011) |
| 03/21/2011 | | 26 | SENTENCING Memorandum by Defendant Lee Prunty (Attachment # 1 Exhibit A) (Purdom, Daniel) Modified text on 03/22/2011 (kfs) (Entered: 03/21/2011) |
| 03/21/2011 | | 27 | SENTENCING Memorandum by USA as to Defendant Lee Prunty (Berry, Sean) (Entered: 03/21/2011) |
| 03/22/2011 | | 28 | TEXT ONLY ORDER Resetting Hearing as to Defendant Lee Prunty. Sentencing reset for 4/4/2011 at 03:30 PM, 4200 C Street SW, Building B, Courtroom 1 before Chief Judge Linda R Reade. Signed by Chief Judge Linda R Reade on 3/22/2011. (dll) (Entered: 03/22/2011) |
| 03/25/2011 | | 29 | SENTENCING Memorandum *(Supplement to)* by Defendant Lee Prunty (Attachments: # 1 Exhibit A) (Purdom, Daniel) Modified on 3/28/2011 to add link to 26 Sentencing Memorandum (des). (Entered: 03/25/2011) |
| 04/01/2011 | | 30 | SENTENCING Memorandum *SECOND SUPPLEMENT* RE: 26 and 29 filed by Defendant Lee Prunty (Attachment # 1 Exhibit A) (Purdom, Daniel) Modified to add link on 04/04/2011 (kfs) (Entered: 04/01/2011) |
| 04/04/2011 | | 31 | SENTENCING Memorandum *(THIRD SUPPLEMENT)* RE: 26, 29 and 30 filed by Defendant Lee Prunty (Attachment # 1 Exhibit A) (Purdom, Daniel) Modified to add links on 04/05/2011 (kfs) (Entered: 04/04/2011) |

| | | | |
|---|---|---|---|
| 04/05/2011 | | 32 | MINUTE Entry for proceedings held before Chief Judge Linda R Reade: Sentencing held on 4/4/2011 as to defendant Lee Prunty. Defendant released. (Court Reporter Patrice Murray) (pac) Modified on 4/5/2011 to correct date (pac). (Entered: 04/05/2011) |
| 04/05/2011 | | 33 | JUDGMENT as to Defendant Lee Prunty, Count 1: 12 months imprisonment on Count 1 of the Amended Information. 2 years supervised release on Count 1 of the Amended Information. $100.00 assessment (paid). Signed by Chief Judge Linda R Reade on 04/05/2011. (skm) (Entered: 04/05/2011) |
| 04/05/2011 | 🔒 | 34 | SEALED Statement of Reasons by USA, US Probation, Lee Prunty as to Defendant Lee Prunty (Cannon, Mary) (Entered: 04/05/2011) |
| 06/13/2011 | | 35 | Judgment Returned Executed as to Defendant Lee Prunty delivered on 6/8/11 to FPC Duluth, MN. (ksy) (Entered: 06/13/2011) |
| 07/05/2011 | 🔒 | 36 | (Court only) SEALED Notice Regarding US Passport for Criminal Defendant by US Probation as to Defendant Lee Prunty. (bjb) (Entered: 07/05/2011) |
| 07/11/2012 | | 37 | Supervised Release Jurisdiction Transferred to USDC Northern District of Illinois as to Defendant Lee Prunty. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. Signed by Chief Judge Linda R Reade on 6/28/12 and Judge Frederick J. Kapala on 7/3/12 (ksy) (Entered: 07/11/2012) |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 10-122 |
| Plaintiff, ) | |
| ) | **COUNT 1**: |
| vs. ) | 18 U.S.C. § 157 |
| ) | Bankruptcy Fraud |
| LEE PRUNTY, ) | |
| Defendant. ) | |

## INFORMATION

The United States Attorney charges:

## COUNT 1

On or about January 13, 2005, in the Northern District of Iowa, defendant LEE PRUNTY, with the intent to devise a scheme and artifice to defraud, and for the purpose of executing and concealing a scheme and artifice to defraud, aided and abetted another in making a false and fraudulent representation concerning and in relation to a proceeding under Title 11, United States Code. Specifically, in relation to the bankruptcy case of Walterman Implement, Inc., pending in the United States Bankruptcy Court for the Northern District of Iowa, Case No. 05-07284, defendant caused another person, M.R., to send a letter to the bankruptcy trustee falsely claiming M.R. had rented a combine and left it at defendant's business, when in truth and in fact, as the defendant then knew, M.R. had never rented or possessed the combine and did not leave the combine at defendant's business.

1

I, the undersigned Clerk of the United States District Court for the Northern District of Iowa, do certify that the foregoing is a true copy of an original document remaining on file and record in my office. WITNESS my hand and seal of said Court this _____ day of _____, 20____.
Robert L. Phelps, Clerk
By_____
(Deputy)

This was in violation of Title 18, United States Code, Sections 2 and 157(3).

STEPHANIE M. ROSE
United States Attorney

By: s/ C.J. WILLIAMS

C.J. WILLIAMS
Assistant United States Attorney

AO 245B (Rev. 11/07) Judgment in a Criminal Case
Sheet 1

# United States District Court

## NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| LEE PRUNTY | Case Number: CR 10-122-1-LRR |
| | USM Number: 11354-029 |
| | Daniel M. Purdom |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)  1 of the Amended Information filed on 11/30/2010

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §§ 2 and 157(3) | Aiding and Abetting Bankruptcy Fraud | 01/13/2006 | 1 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count _____ is/are dismissed on the motion of the United States.

IT IS ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material change in economic circumstances.

April 4, 2011
Date of Imposition of Judgment

_Signature of Judicial Officer_

Linda R. Reade
Chief U.S. District Court Judge
Name and Title of Judicial Officer

4-5-11
Date

I, the undersigned Clerk of the United States District Court for the Northern District of Iowa, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and seal of said Court
this ____ day of _____, 20__
By Robert L. Phelps, Clerk
_____ Deputy

AO 245B (Rev. 11/07) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 6

DEFENDANT: LEE PRUNTY
CASE NUMBER: CR 10-122-1-LRR

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **12 months on Count 1 of the Amended Information.**

■ The court makes the following recommendations to the Bureau of Prisons:
**That the defendant be designated to a Bureau of Prisons facility as close to the defendant's family as possible, commensurate with the defendant's security and custody classification needs.
That the defendant participate in a Bureau of Prisons' Vocational Training Program specializing in an area in which vocational testing has identified the defendant has an interest and/or ability.**

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

■ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ■ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 11/07) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page 3 of 6

DEFENDANT: LEE PRUNTY
CASE NUMBER: CR 10-122-1-LRR

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: **2 years on Count 1 of the Amended Information**.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

- ■ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
- ■ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)
- ■ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B  (Rev. 11/07) Judgment in a Criminal Case
Sheet 3C — Supervised Release

Judgment—Page __4__ of __6__

DEFENDANT: **LEE PRUNTY**
CASE NUMBER: **CR 10-122-1-LRR**

## SPECIAL CONDITIONS OF SUPERVISION

*The defendant must comply with the following special conditions as ordered by the Court and implemented by the U.S. Probation Office:*

**None**

Upon a finding of a violation of supervision, I understand the Court may: (1) revoke supervision; (2) extend the term of supervision; and/or (3) modify the condition of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

_____     _____
Defendant                                              Date

_____     _____
U.S. Probation Officer/Designated Witness      Date

AO 245B (Rev. 11/07) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page __5__ of __6__

DEFENDANT: **LEE PRUNTY**
CASE NUMBER: **CR 10-122-1-LRR**

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| TOTALS | $ 100 (paid) | $ 0 | $ 0 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| TOTALS | $ | $ |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 11/07) Judgment in a Criminal Case
Sheet 6 — Criminal Monetary Penalties

Judgment — Page __6__ of __6__

DEFENDANT: **LEE PRUNTY**
CASE NUMBER: **CR 10-122-1-LRR**

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A ☐ Lump sum payment of $ _____ due immediately, balance due

  ☐ not later than _____ , or
  ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ■ Special instructions regarding the payment of criminal monetary penalties:

  **The $100 special assessment was paid on 12/01/2010, receipt #IAN110005519.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

  Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.